# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

BRENT J. MURPHY          )
                                   )
      Plaintiff,           )
                                   )
v.                         )
                                 )     Case No. CV415-191
THE PAUL REVERE LIFE     )
INSURANCE COMPANY      )
                                 )
      Defendant.      )

# ORDER

The Court **GRANTS** the parties' motion to stay this case pending mediation. Doc. 20. Their proposed order's terms are incorporated here, except that this case is **ADMINISTRATIVELY CLOSED** without prejudice to the right of any party with standing to re-open it (*e.g.*, by defendant's contemplated motion for summary judgment, doc. 20-2 at 1). *See In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").[1]

---

[1] Should the parties settle this case, they need not file anything further with this Court unless they seek "settlement-retention" jurisdiction. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994) (authorizing courts to

**SO ORDERED,** this ___7th___ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

retain jurisdiction, upon use of an F.R.Civ.P. 41(a)(2)-based, "settlement-dismissal," to enforce a settlement agreement); *Heape v. Flanagan*, 2008 WL 2439736 at * 3 (S.D. Ga. June 9, 2008); *Eller v. Colvin*, CV414-202, doc. 91 (S.D. Ga. Sept. 6, 2016).