IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRENT J. MURPHY,       )
                       )
    Plaintiff,         )
                       )
v.                     )    CASE NO. CV415-191
                       )
THE PAUL REVERE LIFE   )
INSURANCE COMPANY,     )
                       )
    Defendant.         )
                       )

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA